UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MSP RECOVERY CLAIMS, SERIES LLC**, **MSPCA CLAIMS 1, LLC**, **MSP RECOVERY CLAIMS SERIES 44, LLC**, and **SERIES PMPI**, a designated series of **MAO-MSO RECOVERY II LLC**, a Delaware series limited liability company,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ZURICH AMERICAN INSURANCE COMPANY**, **ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS**, **AMERICAN ZURICH INSURANCE COMPANY**,<br><br>*Defendants* | CASE NO.:<br><br>June 30, 2023 |

## NOTICE OF REMOVAL

Defendants, Zurich American Insurance Company ("ZAIC"), Zurich American Insurance Company of Illinois ("ZAICI"), and American Zurich Insurance Company ("AZIC") (collectively, "Zurich"), hereby remove this action from the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida, General Jurisdiction Division, to this Court. Removal is based on the following grounds:

1. This is a civil action that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. This civil action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum of $75,000, exclusive of interests or costs, and there is complete diversity of citizenship.

2. Counsel for Plaintiffs executed and filed a Summons and Complaint in this action on May 22, 2023. A copy of the Summons and Complaint is attached as **Exhibit A**.

3. Plaintiffs served Zurich's agent for service of process with a copy of the Summons and Complaint on June 8, 2023.

4. According to the Complaint, Plaintiff MSP Recovery Claims, Series LLC ("MSPRC") is a "Delaware series limited liability company with its principal place of business in Miami-Dade County, Florida." Compl. ¶ 28.

5. According to the Complaint, Plaintiff MSPCA Claims 1, LLC ("MSPCA") is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida. Compl. ¶ 31.

6. According to the Complaint, Plaintiff MSP Recovery Claims Series 44, LLC ("Series 44") is a "Delaware series limited liability company with its principal place of business located in Coral Gables, Florida." Compl. ¶ 32.

7. According to the Complaint, Plaintiff Series PMPI, a designated series of MAO-MSO Recovery II LLC ("MAO-MSO") is a Delaware limited liability company with its principal place of business in Cresskill, New Jersey. Compl. ¶ 34.

8. Defendant ZAIC is a New York corporation engaged in the insurance business with a statutory home office located at 4 World Trade Center, 150 Greenwich Street, New York, NY 10007, and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196.

9. Defendant ZAICI is an Illinois corporation engaged in the insurance business with a statutory home office and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196.

10. Defendant AZIC is an Illinois corporation engaged in the insurance business with a statutory home office and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196.

11. Upon information and belief, none of Plaintiffs' LLC members are citizens of New York or Illinois.

12. Because Plaintiffs are citizens of different states than Zurich, complete diversity exists between Plaintiffs and Zurich.

13. The amount in controversy here exceeds $75,000, pursuant to 28 U.S.C. § 1332(a)(1). Although Zurich disputes any liability and Plaintiffs' entitlement to any damages, the face of the Complaint demonstrates that Plaintiffs are seeking more than $75,000. Specifically, Plaintiffs have alleged that they sent Defendants "over 50 reimbursement demands related to an automobile accident or incident involving Members of Plaintiffs' Secondary Payors and has even filed 12 Civil Remedy Notices ('CRNs') to resolve these reimbursement demands." Compl. ¶ 54. An example of one such demand and CRN are attached hereto as **Exhibit B** in redacted form. The total amount demanded from Defendants exceeds $75,000.

14. Consequently, the Complaint alleges a civil action between citizens of diverse states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Jurisdiction therefore exists pursuant to 28 U.S.C. § 1332(a), and removal is therefore proper under 28 U.S.C. § 1441(a).

15. This notice is timely under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days of Plaintiffs' service of the Summons and Complaint on Zurich's agent for service of process on June 8, 2023.

16. Under 28 U.S.C. § 1441(a), venue for purposes of removal is proper in this District because the state court where the action is pending, the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida, General Jurisdiction Division, is within the Southern District of Florida.

17. Contemporaneously with the filing of this Notice of Removal, Zurich has provided written notice of the removal to Plaintiffs through its counsel of record in the state court matter.

18. Zurich will promptly file a copy of this Notice of Removal, together with all exhibits, with the Clerk of the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida, General Jurisdiction Division, as required by 28 U.S.C. § 1446(d).

19. In accordance with 28 U.S.C. § 1446(a), a copy of the remainder of all process, pleadings, and orders from the Circuit Court docket are attached hereto as **Exhibits C – P**.

WHEREFORE, without waiving any of its potential defenses or counterclaims, Zurich respectfully removes this action from the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida, General Jurisdiction Division, to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: June 30, 2023

[*Remainder of page intentionally left blank; signatures on page to follow*]

Respectfully submitted,

By: /s/ *Kendall Coffey*
Kendall B. Coffey, Esq.
Florida Bar No. 259861
kcoffey@coffeyburlington.com
Scott A. Hiaasen, Esq.
Florida Bar No. 103318
shiaasen@coffeyburlington.com
lperez@coffeyburlington.com
service@coffeyburlington.com

**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

– and –

Michael Menapace, Esq.
(*pro hac vice pending*)
mmenapace@wiggin.com
Rachel E. Canna, Esq.
(*pro hac vice pending*)
rcanna@wiggin.com

**WIGGIN AND DANA, LLP**
20 Church Street
Hartford, CT 06103
Telephone: (860) 297-3733
Facsimile: (203) 782-2889

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by CM/ECF and served on all counsel of record and all others registered to receive electronic service of court documents in this case via transmission of the Notice of Electronic Filing generated by CM/ECF, including those listed below.

Alexis Fernandez
MSP Recovery Law Firm
2701 S. Lejeune Road, 10th Floor
Coral Gables, FL 33134
afernandez@msprecoverylawfirm.com
serve@msprecoverylawfirm.com


Alfred Armas
Armas Bertran Zincone
4960 SW 72nd Ave., Ste. 206
Miami, FL 33155
alfred@armaslaw.com


                                                s/ *Kendall Coffey*
                                                  Kendall Coffey